**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILLIAM LORD PUNCHARD,
ROYAL DEMOCRATIC STATES
OF CONTINTENTAL (SUDAN)
AFRICA GOVERNMENT,

            Plaintiff,

v.                                   Civ. No. 05-129 JH/KBM

UNITED STATES GOVERNMENT, el al.,

            Defendants.

**MEMORANDUM OPINION AND ORDER**

This matter comes before the Court on the *Federal Defendants' Motion to Dismiss and Memorandum in Support* [Doc. No. 18]. In that motion, defendants "United States Government," President George W. Bush, Secretary of State Condilesa [sic] Rice, and the U.S. Department of State ("federal defendants") move to dismiss all of Plaintiff's claims against them. After a review of Plaintiff's complaint and amended complaint, as well as the papers submitted by the parties and the relevant legal authorities, the Court finds that the motion should be granted.

The Court's decision rests on several grounds. First, the complaint and amended complaint are unintelligible and do not contain a short and plain statement setting forth the grounds upon which jurisdiction rests or demonstrating that the plaintiff is entitled to relief, as required by Rule 8(a) of the Federal Rules of Civil Procedure. Second, although Plaintiff names the federal defendants in the captions of his complaint and amended complaint, he has not alleged that the federal defendants have taken any action upon which his claims rest. None of his allegations relate specifically to the federal defendants. Thus, under Rule 12(b)(6) Plaintiff has failed to state a claim against the federal

defendants for which relief may be granted.  Third, even if Plaintiff had alleged wrongdoing by the federal defendants, he has no alleged any grounds for waiver of their sovereign immunity.

IT IS THEREFORE ORDERED THAT the *Federal Defendants' Motion to Dismiss and Memorandum in Support* [Doc. No. 18] is GRANTED and Plaintiff's claims against the Federal Defendants are DISMISSED.  Plaintiff's claims against the remaining Defendants are unaffected by this Memorandum Opinion and Order.

_____
UNITED STATES DISTRICT JUDGE